Front & Back

United States District Court
District of Massachusetts
US Courthouse, 1 Courthouse Wy, Boston, MA 02210

_____

Eric Gant, 10593 w Jefferson Ave
Michigan, 48218 ste 207

                                                    Case No.

V.

                                                    Hon.

McDonald's Inc.
110 N. Carpenter St. Chicago, IL 60607

_____

## Complaint

Now comes Eric D. Gant, plaintiff, known as King Eric the 1st and states the following:

The constitution of Michigan 1835, states "government is instituted for the good and benefit of the people, and they have the right at all times to alter or reform the same, and the right to abolish one form of government and Institute a new form of government whenever the public good requires." Another portion of that constitution states, all acts of the legislature contrary to this or any other article of this constitution is void. Therefore the right to abolish the government could still exist with us. Any law contrary to such constitution is void, thus never has removed it, and the legislature, or people with the power to legislate under the common definition of such word, had no power to make any law contrary via its void, if not may the equal treatment be imposed and the Kings law be held as valid. Therefore I had the right to abolish the government and to make myself the King of the state of Michigan, the United States, and the world. As institute new government indicates create laws and regulations as well as implement policy.

Of the United Nations Covenant of political and civil rights;

Article 1. 1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

Political means government under Merriam Webster,....so I determine my government status as the King of the world.

At this point, pursuant to Decrees and laws the King has created, from "The Euphoria Doctrine"

Section 5 of Guaranteed Euphoria

Measure Enacted:

Every Wednesday day shall be the meal of the week.

This meal is a meal that can be obtained at any restaurant of the individual's choosing and shall never exceed $70 at resale value, nor exceed 1200 calories.

The King's Fund shall pay for all people to have such luxury.

The meal of the week shall be issued regardless of employment status. The Supreme Human Resources shall pay any restaurant provider for such meal no later than 48 hours after such meal is rendered.

Restaurants are responsible for recording how many of these meals they have given out. Any restaurant not permitting or issuing a meal of the week on credit for the Euphorian, shall be fined $15,000 each day this happens.

Individuals shall simply have a balance to cover the meal of $70 on such day, credited with the restaurant who shall maintain a record for reimbursement.

The category of the meal shall change each week. It shall be determined in the following rhythm; Breakfast, Brunch, Lunch, Dinner.

A free treat or dessert may be awarded on any meal of the month day, along with the main course, as long as the entire meal does not exceed $70 or more than 1200 calories.

At this point it is now evident that the defendants have not participated in the luxury awarded by this law, known as make available the meal(s) to the public, in the fashion in which this law directs. The government is mandated to reimburse such happenings, although, that does not remove the requirement of making the meals available. We see they could face a fine of up to $15,000, although, pursuant to " The Standard Policies of the Kingdom of Euphoria"

Rule #512

The King may sue for a violation of the King's law.

At this point I now sue for $1,000,000 as that is enough to further the Kingdom of Euphoria and a violation of the King's law equates to severe emotional disrespect.

The Kingdom of Euphoria, is the whole world.

This Court does have Jurisdiction, either through the King's law that grants most courts Jurisdiction to hear just about any case they feel comfortable with or 28 usc 1331, which grants Jurisdiction to the district courts.

/s/ Eric D. Gant.                    Date:05/01/2026